

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| LEODAN VASQUEZ | DOCKET NO. 1:13-CV-1256; SEC. P |
| VERSUS | JUDGE STAGG |
| WARDEN | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's §2241 application be **DENIED AND DISMISSED** for lack of jurisdiction.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 16th day of October, 2013.

CHIEF JUDGE TOM STAGG
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA